**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                  Case No.  8:04-cv-1064-T-30MSS

**AMERICAN INFOAGE, LLC,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff United States of America's Status Report and Motion for Dismissal of Plaintiff's Complaint With Prejudice (Dkt. #17).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #17) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1064.dismissal.wpd